**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

THE HUNTINGTON
NATIONAL BANK,

    Plaintiff,

v.                                                                Case No. 13-11632

NAJERO, INC., et al.,

    Defendants.

                                                   /

**ORDER DIRECTING THE PARTIES TO ENGAGE IN MEDIATION**

During a scheduling conference, the parties agreed that the case may settle but that discovery must occur before negotiations are held. At this time, consistent with the presentation of the parties, the court determines that a formal scheduling order is unnecessary.

The parties should, however, participate in targeted, voluntary discovery as they discuss settlement. Also consistent with their expressed intent, the parties are DIRECTED to engage in mediation during the third week of August 2013 if a settlement is not reached before then. Tom Hardy of Hardy, Lewis & Page, P.C., will serve as the mediator, and the parties shall comply with all preparatory steps directed by the mediator in advance of such mediation discussions.

A status conference will be held on August 29, 2013 at 11:00 a.m. if the case does not settle before that date.

Only counsel for the parties will attend the status conference.

    IT IS ORDERED.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: June 19, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 19, 2013, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522