UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE HUNTINGTON NATIONAL BANK,

    Plaintiff,

v.                                           Case No. 13-11632

NAJERO, INC., et al.,

    Defendants.
                                           /

**ORDER OF DISMISSAL**

On August 29, 2013, the parties appeared for a status conference, and informed the court that they reached an amicable resolution. The terms of their resolution will soon be memorialized in writing. Accordingly,

IT IS ORDERED that this matter is DISMISSED without prejudice. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** Either party may reopen this case by **September 30, 2013**, by filing a "Notice of Reopening." If such a notice is filed, the case will be placed back on the court's active docket, with no further costs or fees to either party and the litigation will proceed as if the case had not been dismissed. The parties may also submit a substitute, stipulated order of dismissal or judgment by **September 30, 2013**.

After **September 30, 2013**, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

                                           s/Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: August 30, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 30, 2013, by electronic and/or ordinary mail.

                                         s/Holly Monda for Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522