UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE HUNTINGTON NATIONAL BANK,

    Plaintiff,

v.                                        Case No. 13-11632

NAJERO, INC., et al.,

    Defendants.

                                              /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Plaintiff's Motion for Summary Judgment" dated September 15, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff The Huntington National Bank and against Defendants Najero, Inc., Norian Properties, Inc., Kara Development, LLC, NCI Services, Inc., Ice Box Sports Center, LLC, Johno P. Norian, and Hagop Norian, jointly and severally, in the amount of $1,552,140.11. Dated at Detroit, Michigan, this 15th day of September 2014.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                      s/ Lisa Wagner
                                               By: Lisa Wagner, Case Manager
                                                   to Judge Robert H. Cleland